# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Susan Doxtator, Arlie Doxtator, and Sarah Wunderlich, as Special Administrators of the Estate of Jonathon C. Tubby, | Case No. 1:19-cv-00137-WCG |
| Plaintiffs, | **MOTION TO COMPEL PAYMENT OF ATTORNEY'S FEES AND COSTS** |
| vs. | |
| Erik O'Brien, Andrew Smith, Todd J. Delain, Heidi Michel, City of Green Bay, Brown County, Joseph P. Mleziva, Nathan K. Winisterfer, Thomas Zeigle, and John Does 1-5, | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) and the Court's February 21, 2020 Order, Plaintiffs Susan Doxtator, Arlie Doxtator, and Sarah Wunderlich (hereinafter "Plaintiffs") hereby submit their motion to compel Defendant City of Green Bay to pay attorney's fees and costs previously awarded by the Court, and also the additional fees and costs incurred in filing the instant motion to compel payment. In support of this motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Motion for Attorney's Fees and Costs and the Declaration of Forrest Tahdooahnippah.

| | |
|---|---|
| Dated: December 31, 2020. | By */s/ Forrest Tahdooahnippah*<br>Skip Durocher (WI Bar 1018814)<br>durocher.skip@dorsey.com<br>Forrest Tahdooahnippah (MN Bar 0391459)<br>forrest@dorsey.com<br>Jack Huerter (WI Bar 1098170)<br>huerter.jack@dorsey.com<br><br>DORSEY & WHITNEY LLP<br>Suite 1500, 50 South Sixth Street<br>Minneapolis, MN 55402-1498 Telephone: (612) 340-2600<br>Facsimile: (612) 340-2868<br><br>David R. Armstrong (WI Bar 1070205)<br>david.armstrong4@gmail.com<br>8975 Westchester Dr. Manassas, VA 20112<br><br>*Attorneys for Plaintiffs* |

2

**Error! Unknown document property name.**
Case 1:19-cv-00137-WCG   Filed 12/31/20   Page 2 of 2   Document 151