

**Jose A. Castro**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 290-7566
Email: jcastro@crivellocarlson.com

April 29, 2021

**<u>Via Efiling</u>**
Hon. William Griesbach
US District Court Eastern District of Wisconsin
125 South Jefferson Street
Courtroom - 201
Chambers - 203
Green Bay, WI 54305

Re: Estate of Jonathon Tubby, et al. v. Brown County, et al.
     Eastern District of Wisconsin Case No. 19-CV-137
     Our File No. 0100-1900139

Dear Judge Griesbach:

Please take notice that I, Attorney Jose A. Castro, will no longer be with Crivello Carlson S.C. effective April 29, 2021, and as such request to withdraw from this case. Todd J. Delain, Heidi Michel, Brown County, Joseph P. Mleziva, Nathan K. Winisterfer, Thomas Zeigle, and Bradley A. Dernbach will continue to be represented by Benjamin A. Sparks and Samuel C. Hall, Jr. We respectfully request that service lists be updated to reflect this change.

Should you have any questions regarding this matter, please do not hesitate to contact Benjamin A. Sparks or Samuel C. Hall, Jr.

Thank you.

Very truly yours,

*/s/ Jose A. Castro*

JOSE A. CASTRO

cc: All Counsel of Record (via electronic file)

MILWAUKEE, WI | MADISON, WI | EAU CLAIRE, WI | DELAFIELD, WI | MUKWONAGO, WI | CHICAGO, IL | EDWARDSVILLE, IL
(414) 271-7722 | (608) 819-8490 | (715) 598-1730 | (414) 271-7722 | (262) 363-7720 | (312) 523-2111 | (618) 655-0006

Case 1:19-cv-00137-WCG    Filed 04/29/21    Page 1 of 1    Document 174