**DEFENDANTS TODD J. DELAIN, HEIDI MICHEL, BROWN COUNTY,
JOSEPH P. MLEZIVA, NATHAN K. WINISTORFER, AND
THOMAS ZEIGLE'S ITEMIZATION OF COSTS**

Estate of Jonathan Tubby v. Delain, et al.
Case No. 19-CV-137

| DEPOSITION / HEARING TRANSCRIPTS | | | |
|---|---|---|---|
| **DATE** | **AMOUNT** | **REASON FOR CHARGES** | **SUPPORTING DOCUMENTS** |
| 12/18/19 | $1,817.90 | Cost for deposition transcripts of Colton Wernecke and Thomas Denney | Invoice from Veritext Legal Solutions dated 01/08/20. **See exhibit A-1** |
| 12/19/19 | $2,089.75 | Cost for deposition transcript of Erik O'Brien | Invoice from Veritext Legal Solutions dated 12/26/19. **See exhibit A-2** |
| 12/20/19 | $1,324.35 | Cost for deposition transcript of Scott Salzmann | Invoice from Veritext Legal Solutions dated 12/26/19. **See exhibit A-3** |
| 01/09/20 | $1,544.95 | Cost for deposition transcripts of Eric Allen and Nathan Allan | Invoice from Veritext Legal Solutions dated 01/23/20. **See exhibit A-4** |
| 01/10/20 | $2,573.74 | Cost for deposition transcripts of Lt. Thomas Zeigle and Sgt. Bradley Dernbach | Invoice from Veritext Legal Solutions dated 01/15/20. **See exhibit A-5** |
| 06/03/20 | $441.75 | Cost for deposition transcript of Corporal Kevin Smith | Invoice from Veritext Legal Solutions dated 06/11/20. **See exhibit A-6** |
| 06/04/20 | $672.00 | Cost for deposition transcripts of Deputy Joseph Mleziva and Deputy Nathan Winistorfer | Invoice from Veritext Legal Solutions dated 06/19/20. **See exhibit A-7** |
| 06/09/20 | $823.25 | Cost for deposition transcripts of Lt. Jason Katers and Logan Rose | Invoice from Veritext Legal Solutions dated 06/24/20. **See exhibit A-8** |
| 06/12/20 | $356.00 | Cost for deposition transcript of Officer Charles Nelson | Invoice from Veritext Legal Solutions dated 06/26/20. **See exhibit A-9** |
| 06/24/20 | $981.00 | Cost for deposition transcript of Lt. Michael Jansen | Invoice from Veritext Legal Solutions dated 07/13/20. **See exhibit A-10** |
| 07/08/20 | $564.40 | Cost for deposition transcripts of Nina Kay Hellendrung, Teresa Rodriguez and Ronin John | Invoice from Brown & Jones Reporting, Inc. dated 07/16/20. **See exhibit A-11** |
| 07/23/20 | $1,307.25 | Cost for deposition transcript of John G. Peters, Jr. Ph.D. | Invoice from Veritext Legal Solutions dated 08/06/20. **See exhibit A-12** |
| 07/30/20 | $1,733.50 | Cost for deposition transcript of Robert Willis | Invoice from Veritext Legal Solutions dated 08/17/20. **See exhibit A-13** |
| 08/04/20 | $1,790.00 | Cost for deposition transcripts of Captain John Balza, Chief Andrew Smith, Lt. Keith Gering and Scott Salzmann | Invoice from Veritext Legal Solutions dated 08/21/20. **See exhibit A-14** |

**DEFENDANTS TODD J. DELAIN, HEIDI MICHEL, BROWN COUNTY, JOSEPH P. MLEZIVA, NATHAN K. WINISTORFER, AND THOMAS ZEIGLE'S ITEMIZATION OF COSTS**

Estate of Jonathan Tubby v. Delain, et al.
Case No. 19-CV-137

| DEPOSITION / HEARING TRANSCRIPTS | | | |
|---|---|---|---|
| **DATE** | **AMOUNT** | **REASON FOR CHARGES** | **SUPPORTING DOCUMENTS** |
| | | (Vol II) | |
| 08/18/20 | $740.90 | Cost for deposition transcripts of Petra M. Schwab and Vincent Tranchida, MD | Invoice from Brown & Jones Reporting, Inc. dated 08/31/20. **See exhibit A-15** |
| 09/28/20 | $665.80 (Our office paid ½ of total invoice) | Cost for deposition transcript of Jeffrey Noble | Invoice from Brown & Jones Reporting, Inc. dated 10/05/20. **See exhibit A-16** |
| 09/28/20 | $495.00 (Our office paid ½ of total invoice) | Cost for videographer for the deposition of Jeffrey Noble | Invoice from Brown & Jones Reporting, Inc. dated 10/05/20. **See exhibit A-17** |
| **TOTAL** | **$19,920.59** | | |

**GRAND TOTAL: $19,920.59**