**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569


**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Jose A. Casto<br>Crivello Carlson SC<br>710 N. Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | Invoice #: | MW4128255 |
|---|---|---|---|
| | | Invoice Date: | 1/8/2020 |
| | | Balance Due: | $1,817.90 |

| Case: | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
|---|---|
| Job #: | 3786655 | Job Date: 12/18/2019 | Delivery: Normal |
| Billing Atty: | Jose A. Casto |
| Location: | Green Bay City Hall |
| | 100 North Jefferson St. |
| | Green Bay, WI 54301 |
| Sched Atty: | Forrest Tahdooahnippah Esq | Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| Colton Wernecke | Transcript Services | $683.50 |
| Thomas Denney | Transcript Services | $1,096.50 |
| | Delivery and Handling | $19.00 |
| | Exhibit Management | $18.90 |

| Notes: | | |
|---|---|---|
| | Invoice Total | $1,817.90 |
| | Payment | $0.00 |
| | Credit | $0.00 |
| | Interest | $0.00 |
| | Balance Due | $1,817.90 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


184545

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | MW4128255 |
|---|---|
| Job #: | 3786655 |
| Invoice Date: | 1/8/2020 |
| Balance: | $1,817.90 |

**EXHIBIT A-1**

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** | Jose A. Casto<br>Crivello Carlson SC<br>710 N. Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | **Invoice #:** MW4105649<br>**Invoice Date:** 12/26/2019<br>**Balance Due:** $2,089.75 |

| | |
|---|---|
| **Case:** | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
| **Job #:** | 3786662 \| Job Date: 12/19/2019 \| Delivery: Daily |
| **Billing Atty:** | Jose A. Casto |
| **Location:** | Green Bay City Hall<br>100 North Jefferson St.<br>Green Bay, WI 54301 |
| **Sched Atty:** | Forrest Tahdooahnippah Esq \| Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| Erik O'Brien | Transcript Services | $2,054.10 |
| | Exhibit Management | $16.65 |
| | Delivery and Handling | $19.00 |

**Notes:**

| | |
|---|---|
| Invoice Total | $2,089.75 |
| Payment | $0.00 |
| Credit | $0.00 |
| Interest | $0.00 |
| Balance Due | $2,089.75 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

APPROVED FOR PAYMENT
Case No. D00-19-051439
Date 3/2/2020   LAW

**EXHIBIT A-2**

184545

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** MW4105649
**Job #:** 3786662
**Invoice Date:** 12/26/2019
**Balance:** $2,089.75

2

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Jose A. Casto<br>Crivello Carlson SC<br>710 N. Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | Invoice #: | MW4105651 |
|---|---|---|---|
| | | Invoice Date: | 12/26/2019 |
| | | Balance Due: | $1,324.35 |

| Case: | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
|---|---|
| Job #: | 3786664 \| Job Date: 12/20/2019 \| Delivery: Daily |
| Billing Atty: | Jose A. Casto |
| Location: | Green Bay City Hall<br>100 North Jefferson St.<br>Green Bay, WI 54301 |
| Sched Atty: | Forrest Tahdooahnippah Esq \| Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| Scott Salzmann | Transcript Services | $1,302.65 |
| | Exhibit Management | $2.70 |
| | Delivery and Handling | $19.00 |

Notes:

| | |
|---|---|
| | $1,324.35 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $1,324.35 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


APPROVED FOR PAYMENT
Case No: 19C-1700137
Date: 3/12/2020  LAW

**EXHIBIT A-3**

| | To pay online, go to<br>www.veritext.com | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | MW4105651 |
|---|---|---|---|---|
| | | | Job #: | 3786664 |
| | | | Invoice Date: | 12/26/2019 |
| 184545 | Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,324.35 |

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569

# VERITEXT
## LEGAL SOLUTIONS

**Bill To:** Benjamin A Sparks
Crivello Carlson SC
710 N. Plankinton Ave
Suite 500
Milwaukee, WI, 53207

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 01/24/2020  BY: LBrent

| | |
|---|---|
| **Invoice #:** | MW4150049 |
| **Invoice Date:** | 1/23/2020 |
| **Balance Due:** | $1,544.95 |

| | |
|---|---|
| **Case:** | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
| **Job #:** | 3786670 \| Job Date: 1/9/2020 \| Delivery: Normal |
| **Billing Atty:** | Benjamin A Sparks |
| **Location:** | Green Bay City Hall |
| | 100 North Jefferson St. |
| | Green Bay, WI 54301 |
| **Sched Atty:** | Forrest Tahdooahnippah Esq \| Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| Eric Allen | Transcript Services | $715.00 |
| | Exhibit Management | $1.80 |
| | Delivery and Handling | $19.00 |
| Nathan Allan | Transcript Services | $806.00 |
| | Exhibit Management | $3.15 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,544.95 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,544.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


EXHIBIT A-4

184545

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | MW4150049 |
| **Job #:** | 3786670 |
| **Invoice Date:** | 1/23/2020 |
| **Balance:** | $1,544.95 |

Case 1:19-cv-00137-WCG   Filed 05/21/21   Page 4 of 17   Document 178-2

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Benjamin A Sparks<br>Crivello Carlson SC<br>710 N. Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | Invoice #: | MW4134733 |
|---|---|---|---|
| | | Invoice Date: | 1/15/2020 |
| | | Balance Due: | $2,573.74 |

| Case: | Doxtator, Susan, et al. v. O'Brien, Erik, et al. |
|---|---|
| Job #: | 3835070 | Job Date: 1/10/2020 | Delivery: Daily |
| Case #: | 1:19cv00137WCG |
| Billing Atty: | Benjamin A Sparks |
| Location: | Brown County Sheriff's Office |
| | 2684 Development Drive | Wenner Conference Room, 1st floor Green Bay, WI 54311 |
| Sched Atty: | Adam Floyd | Dorsey & Whitney LLP |

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 03/12/2020  BY: LBrent

| Witness | Description | Amount |
|---|---|---|
| Lt. Thomas Zeigle | Transcript Services | $1,502.15 |
| | Exhibit Management | $3.60 |
| Sgt. Bradley Dernbach | Transcript Services | $1,010.05 |
| | Exhibit Management | $0.90 |
| | Delivery and Handling | $19.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $2,535.70 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $38.04 |
| Balance Due: | $2,573.74 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


EXHIBIT A-5
184545

THIS INVOICE IS 57 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| To pay online, go to<br>www.veritext.com<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | Please remit payment to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Invoice #: | MW4134733 |
|---|---|---|---|
| | | Job #: | 3835070 |
| | | Invoice Date: | 1/15/2020 |
| | | Balance: | $2,573.74 |

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** | Benjamin A Sparks<br>Crivello Carlson SC<br>710 N Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | **Invoice #:** MW4355854<br>**Invoice Date:** 6/11/2020<br>**Balance Due:** $441.75 |

| | |
|---|---|
| **Case:** | Doxtator, Susan, et al. v. O'Brien, Erik, et al. |
| **Job #:** | 4120416 \| Job Date: 6/3/2020 \| Delivery: Expedited |
| **Case #:** | 1:19cv00137WCG |
| **Billing Atty:** | Benjamin A Sparks |
| **Location:** | Remote Deposition - WI<br>VV3<br>Green Bay, WI 54311 |
| **Sched Atty:** | Adam Floyd \| Dorsey & Whitney LLP |

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 06/17/2020  BY: LBrent

| Witness | Description | Amount |
|---|---|---|
| | Transcript Services | $411.25 |
| Corporal Kevin Smith | Exhibit Management | $11.50 |
| | Delivery and Handling | $19.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $441.75 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $441.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

184545

**To pay online, go to**
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: MW4355854
Job #: 4120416
Invoice Date: 6/11/2020
Balance: $441.75

Case 1:19-cv-00137-WCG   Filed 05/21/21   Page 6 of 17   Document 178-2

EXHIBIT
A-6

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569



| Bill To: | Benjamin A Sparks | | Invoice #: | MW4368161 |
| | Crivello Carlson SC | | Invoice Date: | 6/19/2020 |
| | 710 N Plankinton Ave | | Balance Due: | $672.00 |
| | Suite 500 | | | |
| | Milwaukee, WI, 53207 | | | |

| Case: | Doxtator, Susan, Et Al. v. OBrien, Erik, Et Al. |
| Job #: | 4120425 | Job Date: 6/4/2020 | Delivery: Normal |
| Case #: | 1:19cv00137WCG |
| Billing Atty: | Benjamin A Sparks |
| Location: | Remote Deposition - WI |
| | VV3 |
| | Green Bay, WI 54311 |
| Sched Atty: | Adam Floyd | Dorsey & Whitney LLP |

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 06/25/2020   BY: LBrent

| Witness | Description | Amount |
|---|---|---|
| Deputy Joseph Mleziva | Transcript Services | $276.25 |
| | Exhibit Management | $1.00 |
| | Delivery and Handling | $19.00 |
| Deputy Nathan Winistorfer | Transcript Services | $373.75 |
| | Exhibit Management | $2.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $672.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $672.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

184545

To pay online, go to
www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: MW4368161
Job #: 4120425
Invoice Date: 6/19/2020
Balance: $672.00

Case 1:19-cv-00137-WCG   Filed 05/21/21   Page 7 of 17   Document 178-2

EXHIBIT
A-7

**Veritext, LLC**
**Midwest Region**

1 North Franklin Street, Suite 3000
Chicago IL 60606
Tel. 312.442.9087 Fax. 312.442.9095
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Benjamin A Sparks<br>Crivello Carlson SC<br>710 N Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | | Invoice #: | MW4375888 |
|---|---|---|---|---|
| | | | Invoice Date: | 6/24/2020 |
| | | | Balance Due: | $823.25 |

| Case: | Doxtator, Susan, et al. v. O'Brien, Erik, et al. |
|---|---|
| Job #: | 4120432 | Job Date: 6/9/2020 | Delivery: Normal |
| Case #: | 1:19cv00137WCG |
| Billing Atty: | Benjamin A Sparks |
| Location: | Remote Deposition - WI<br>VV3<br>Green Bay, WI 54311 |
| Sched Atty: | Adam Floyd | Dorsey & Whitney LLP |

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 06/26/2020   BY: LBrent

| Witness | Description | Amount |
|---|---|---|
| Lieutenant Jason Katers | Transcript Services | $418.75 |
| | Exhibit Management | $20.50 |
| | Delivery and Handling | $19.00 |
| Logan Rose | Transcript Services | $362.50 |
| | Exhibit Management | $2.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $823.25 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $823.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


EXHIBIT A-8
184545

To pay online, go to
www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | MW4375888 |
|---|---|
| Job #: | 4120432 |
| Invoice Date: | 6/24/2020 |
| Balance: | $823.25 |

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Jose A. Castro<br>Crivello Carlson SC<br>710 N Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | MW4383255<br>6/26/2020<br>$356.00 |

| | |
|---|---|
| **Case:** | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
| **Job #:** | 4120433 \| Job Date: 6/12/2020 \| Delivery: Normal |
| **Case #:** | 1:19cv00137WCG |
| **Billing Atty:** | Jose A. Castro |
| **Location:** | Remote Deposition - WI<br>VV3<br>Green Bay, WI 54311 |
| **Sched Atty:** | Adam Floyd \| Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| Officer Charles Nelson | Transcript Services | $332.50 |
| | Exhibit Management | $4.50 |
| | Delivery and Handling | $19.00 |
| **Notes:** | **Invoice Total:** | $356.00 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $356.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**APPROVED FOR PAYMENT**

Case No. 0100-1900139
Date 8/18/2020    AAJ

**EXHIBIT**
**A-9**
184545

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | MW4383255 |
| **Job #:** | 4120433 |
| **Invoice Date:** | 6/26/2020 |
| **Balance:** | $356.00 |

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

**Bill To:** Benjamin A Sparks
Crivello Carlson SC
710 N Plankinton Ave
Suite 500
Milwaukee, WI, 53207

**Invoice #:** MW4401540
**Invoice Date:** 7/13/2020
**Balance Due:** $981.00

**Case:** Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al.
**Job #:** 4148048 | Job Date: 6/24/2020 | Delivery: Normal
**Case #:** 1:19cv00137WCG
**Billing Atty:** Benjamin A Sparks
**Location:** Remote Deposition - WI
VV3
Green Bay, WI 54311
**Sched Atty:** Adam Floyd | Dorsey & Whitney LLP

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 07/16/2020  BY: LBrent

| Witness | Description | Amount |
|---|---|---|
| Lieutenant Michael Jansen | Transcript Services | $872.50 |
| | Exhibit Management | $89.50 |
| | Delivery and Handling | $19.00 |

**Notes:**

| | |
|---|---|
| Invoice Total: | $981.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $981.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**To pay online, go to www.veritext.com**
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

184545

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

**Invoice #:** MW4401540
**Job #:** 4148048
**Invoice Date:** 7/13/2020
**Balance:** $981.00

EXHIBIT A-10

RECEIVED JUL 21 2020

Brown & Jones Reporting, Inc.
735 N. Water Street
M185
Milwaukee, WI 53202
Phone: 414-224-9533  Fax: 414-224-9635

SCAN

Jose Castro
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 100467 | 7/16/2020 | 78222 |
| Job Date | | Case No. |
| 7/8/2020 | | 19-CV-137 |
| Case Name | | |
| Estate of Jonathan Tubby v. City of Green Bay | | |
| Payment Terms | | |
| Due upon receipt | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Nina Kay Hellendrung    250.90
        (Exhibits - Electronic)    85.00
        (Electronic Transcript)    1.00
        Transcript Package    1.00
        ZOOM    1.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Teresa Rodriguez    242.60
        (Exhibits - Electronic)    6.00
        (Electronic Transcript)    1.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Ronni John    70.90
        (Exhibits - Electronic)    3.00
        (Electronic Transcript)    1.00

**TOTAL DUE  >>>   $564.40**

Location of Job   : ZOOM* schedule, WI

COVID-19 has changed the way we will all do business for a very long time. Remote depositions can help economically for firms to be able to conduct business.

**Tax ID:** 39-1646476

*Please detach bottom portion and return with payment.*

Jose Castro
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Invoice No.   : 100467
Invoice Date  : 7/16/2020
**Total Due**    : **$564.40**

APPROVED FOR PAYMENT

Case No. 0100-1900139
Date 7/21/2020  AAJ

Remit To:  **Brown & Jones Reporting, Inc.**
        **735 N. Water Street**
        **M185**
        **Milwaukee, WI 53202**

Job No.    : 78222
BU ID      : 1-MAIN
Case No.   : 19-CV-137
Case Name  : Estate of Jonathan Tubby v. City of Green Bay

EXHIBIT A-11

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569



| Bill To: | Jose A. Castro<br>Crivello Carlson SC<br>710 N Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | Invoice #: | MW4468675 |
|---|---|---|---|
| | | Invoice Date: | 8/6/2020 |
| | | Balance Due: | $1,307.25 |

| Case: | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
|---|---|
| Job #: | 4148045 \| Job Date: 7/23/2020 \| Delivery: Normal |
| Case #: | 1:19cv00137WCG |
| Billing Atty: | Jose A. Castro |
| Location: | Remote Deposition - WI<br>VV3<br>Green Bay, WI 54311 |
| Sched Atty: | Forrest Tahdooahnippah Esq \| Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| John G. Peters, JR., Ph.D. | Transcript Services | $1,236.25 |
| | Exhibit Management | $52.00 |
| | Delivery and Handling | $19.00 |
| Notes: | Invoice Total: | $1,307.25 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,307.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**APPROVED FOR PAYMENT**
Case No. 0100-1900139
Date 8/7/2020     AAJ

**EXHIBIT A-12**
184545

To pay online, go to
www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | MW4468675 |
|---|---|
| Job #: | 4148045 |
| Invoice Date: | 8/6/2020 |
| Balance: | $1,307.25 |

**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Benjamin A Sparks<br>Crivello Carlson SC<br>710 N Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | Invoice #: | MW4479808 |
|---|---|---|---|
| | | Invoice Date: | 8/17/2020 |
| | | Balance Due: | $1,733.50 |

| Case: | Doxtator, Susan, Et Al. v. O'Brien, Erik, Et Al. |
|---|---|
| Job #: | 4165419 | Job Date: 7/30/2020 | Delivery: Normal |
| Case #: | 1:19cv00137WCG |
| Billing Atty: | Benjamin A Sparks |
| Location: | Remote Deposition - WI<br>VV3<br>Green Bay, WI 54311 |
| Sched Atty: | Adam Floyd | Dorsey & Whitney LLP |

APPROVED FOR PAYMENT
CASE NO.: 0100 - 1900139
DATE: 08/26/2020 BY: LBrent

| Witness | Description | Amount |
|---|---|---|
| Robert Willis | Transcript Services | $1,382.50 |
| | Exhibit Management | $137.00 |
| | Veritext Virtual Services | $195.00 |
| | Delivery and Handling | $19.00 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,733.50 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,733.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information


EXHIBIT
A-13
184545

To pay online, go to
www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | MW4479808 |
|---|---|
| Job #: | 4165419 |
| Invoice Date: | 8/17/2020 |
| Balance: | $1,733.50 |



**Paradigm, A Veritext Corp**
**Midwest Region**

Fifth Street Towers(FST) 150 Tower, 17th Floor
Minneapolis MN 55402
Tel. 612-339-0545 Fax.
Fed. Tax ID: 20-3132569

| | | |
|---|---|---|
| **Bill To:** Jose A. Castro<br>Crivello Carlson SC<br>710 N Plankinton Ave<br>Suite 500<br>Milwaukee, WI, 53207 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | MW4491340<br>8/21/2020<br>$1,790.00 |

| | |
|---|---|
| **Case:** | Doxtator, Susan, et al. v. O'Brien, Erik, et al. |
| **Job #:** | 4198481 \| Job Date: 8/4/2020 \| Delivery: Normal |
| **Case #:** | 1:19cv00137WCG |
| **Billing Atty:** | Jose A. Castro |
| **Location:** | Remote Deposition - WI<br>VV3<br>Green Bay, WI 54311 |
| **Sched Atty:** | Forrest Tahdooahnippah Esq \| Dorsey & Whitney LLP |

| Witness | Description | Amount |
|---|---|---|
| Captain John Balza | Transcript Services | $355.00 |
| | Exhibit Management | $14.50 |
| Chief Andrew Smith | Transcript Services | $561.25 |
| | Exhibit Management | $129.00 |
| Lieutenant Keith Gering | Transcript Services | $340.00 |
| | Exhibit Management | $5.00 |
| | Delivery and Handling | $19.00 |
| Scott Salzmann, Vol II | Transcript Services | $171.25 |
| | Veritext Virtual Services | $195.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,790.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,790.00 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**APPROVED FOR PAYMENT**
Case No. 0100-1900139
Date 8/24/2020 AAJ

| | | |
|---|---|---|
| **To pay online, go to**<br>**www.veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:** MW4491340<br>**Job #:** 4198481<br>**Invoice Date:** 8/21/2020<br>**Balance:** $1,790.00 |

184545

**EXHIBIT A-14**

RECEIVED SEP 0 3 2020

SCANNED

# INVOICE

Brown & Jones Reporting, Inc.
735 N. Water Street
M185
Milwaukee, WI 53202
Phone: 414-224-9533  Fax: 414-224-9635

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101212 | 8/31/2020 | 78783 |
| Job Date | | Case No. |
| 8/18/2020 | | 19-CV-137 |
| Case Name | | |
| Estate of Jonathan Tubby v. City of Green Bay | | |
| Payment Terms | | |
| Due upon receipt | | |

Jose Castro
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

| | | |
|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Petra M. Schwab | | 290.60 |
| (Exhibits - Electronic) | 71.00 | |
| (Electronic Transcript) | 1.00 | |
| Transcript Package | 1.00 | |
| ZOOM | 1.00 | |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
| Vincent Tranchida, MD | | 450.30 |
| (Exhibits - Electronic) | 5.00 | |
| (Electronic Transcript) | 1.00 | |
| **TOTAL DUE >>>** | | **$740.90** |

Location of Job   : ZOOM* schedule2
COVID-19 has changed the way we will all do business for a very long time. Remote depositions can help economically for firms to be able to conduct business.

Contact us to hear how we can help you.

**Tax ID:** 39-1646476

*Please detach bottom portion and return with payment.*

Jose Castro
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Invoice No.   : 101212
Invoice Date  : 8/31/2020
**Total Due**   : **$740.90**

APPROVED FOR PAYMENT

Case No 0100-1900139
Date 9/3/2020    AAJ

Job No.    : 78783
BU ID      : 1-MAIN
Case No.   : 19-CV-137
Case Name  : Estate of Jonathan Tubby v. City of Green Bay

Remit To:  Brown & Jones Reporting, Inc.
           735 N. Water Street
           M185
           Milwaukee, WI 53202

EXHIBIT A-15

# INVOICE

1 of 1

Brown & Jones Reporting, Inc.
735 N. Water Street
M185
Milwaukee, WI 53202
Phone: 414-224-9533  Fax: 414-224-9635

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101788 | 10/5/2020 | 79123 |
| Job Date | Case No. | |
| 9/28/2020 | 1:19-cv-137-WCG | |

| Case Name |
|---|
| Susan Doxtator, et al. vs. Erik O'Brien, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Benjamin A. Sparks
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

ORIGINAL TRANSCRIPT OF:
Jeffrey Noble                                                                                    1,193.60
    Appearance Full Day                         1.00      @     125.00     125.00
    (Exhibits - Electronic)                       213.00
    (Electronic Transcript)                         1.00
    Transcript Package                              1.00
    Postage & Handling                              1.00      @      13.00      13.00
    ZOOM                                            1.00

TOTAL DUE   >>>         $1,331.60

Location of Job: ZOOM* schedule2
Milwaukee, WI

**APPROVED FOR PAYMENT**
CASE NO.: 0100 - 1900139
DATE: 10/07/2020   BY: LBrent

**CC TO PAY 1/2 - $665.80**

Ordered transcripts include transcripts w/word indexes, exhibits and archival of transcript.

For your convenience, we accept credit card payments
https://pay.xpress-pay.com/?pk=7014

Payment is not contingent on client reimbursement.

Tax ID: 39-1646476

*Please detach bottom portion and return with payment.*

Benjamin A. Sparks
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Invoice No.   : 101788
Invoice Date  : 10/5/2020
**Total Due**  : **$1,331.60**

Remit To: **Brown & Jones Reporting, Inc.**
**735 N. Water Street**
**M185**
**Milwaukee, WI 53202**

Job No.    : 79123
BU ID      : 1-MAIN
Case No.   : 1:19-cv-137-WCG
Case Name  : Susan Doxtator, et al. vs. Erik O'Brien, et al.

EXHIBIT A-16

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 101835 | 10/5/2020 | 79124 |
| Job Date | Case No. | |
| 9/28/2020 | 1:19-cv-137-WCG | |
| Case Name | | |
| Susan Doxtator, et al. vs. Erik O'Brien, et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Brown & Jones Reporting, Inc Video
735 N. Water Street
M185
Milwaukee, WI 53202
Phone: 414-224-9533  Fax: 414-224-9635

Benjamin A. Sparks
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Jeffrey Noble                                                                 937.50
    Attendance, Equipment Setup & Breakdown          1.00
    Videographer                                     6.50 Hours
    SALES TAX                                                     52.50

**TOTAL DUE >>>**                                                         **$990.00**

Location of Job   : ZOOM/VIDEO*s2
                      Milwaukee, WI

Ordered transcripts include transcripts w/word indexes, exhibits and archival of transcript.

For your convenience, we accept credit card payments
https://pay.xpress-pay.com/?pk=7014

Payment is not contingent on client reimbursement.

**APPROVED FOR PAYMENT**

CASE NO.: 0100 - 1900139
DATE: 10/07/2020   BY: LBrent

**CC TO PAY 1/2 - $495.00**

Tax ID: 39-1646476

*Please detach bottom portion and return with payment.*

Benjamin A. Sparks
Crivello Carlson, S.C.
710 North Plankinton Avenue
Suite 500
Milwaukee, WI 53203

Invoice No.   : 101835
Invoice Date  : 10/5/2020
**Total Due**   : **$990.00**

Remit To: **Brown & Jones Reporting, Inc Video**
**735 N. Water Street**
**M185**
**Milwaukee, WI 53202**

Job No.    : 79124
BU ID      : 2-VIDEO
Case No.   : 1:19-cv-137-WCG
Case Name  : Susan Doxtator, et al. vs. Erik O'Brien, et al.

**EXHIBIT A-17**